1

2

3

4

5

6

7

8

9

10

11

12

13

14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROXIE ANN BROOKS,                                    Case No. C12-1009-RSL

                    Plaintiff,                       ORDER DISMISSING CASE

          v.

MICHAEL J. ASTRUE, Commissioner
of Social Security,

                    Defendant.

15    The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all

16  papers and exhibits filed in support and opposition thereto, the Report and Recommendation of

17  the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

18          (1)     The Court adopts the Report and Recommendation.

19          (2)     The final decision of the Commissioner is AFFIRMED and this case is

20  dismissed with prejudice.

21          (3)     The Clerk of the Court is directed to send copies of this Order to the parties and

22  to Judge Donohue.

23          DATED this 18th day of March, 2013.

24

25                                                   _____
                                                     Robert S. Lasnik
26                                                   United States District Judge

ORDER DISMISSING CASE
PAGE - 1